UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:
HAZEL M LAWSON                                              CASE NO. 12-12626
    Debtor(s).                                              CHAPTER 13

POST-CONFIRMATION MODIFICATION OF PLAN

COMES NOW the Debtor, by Counsel, and for her Post Confirmation Modification of the Plan previously Confirmed herein, and states as follows:

1. Debtor shall surrender to secured creditor Americredit the entire insurance proceeds from the 2007 Kia Spectra in the amount of $4,082.81, in full satisfaction of the debt thereon. No further distribution shall be made to this creditor by the estate and this debt shall be discharged in its entirety upon successful conclusion of this case.
2. Debtor shall seek authorization from the Chapter 13 Trustee for the purchase of a replacement vehicle. The payment for that vehicle shall be paid directly by the debtor, outside the Plan.
3. Debtor's Plan payment, beginning with the May, 2015, Plan payment shall be reduced to $442 per month.
4. All remaining terms of the Plan as originally confirmed, not modified by this modification shall remain in full force and effect.

Dated: May 6, 2015

                                                              */s/ Jeffrey S. Arnold*
                                                              Jeffrey S. Arnold, #19743-02
                                                              209 W. Van Buren St.
                                                              Columbia City, IN 46725
                                                              (260) 248-2169
                                                              Attorney for the Debtors