IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                                           CASE NO. 12-12626

Hazel M. Lawson                                          CHAPTER 13

Debtor.                                                          JUDGE Robert E. Grant

---

**ORDER GRANTING MOTION FOR RELIEF FROM STAY
AS TO 2007 KIA SPECTRA - VIN KNAFE121775430805**

---

The Motion for Relief from Automatic Stay filed by Americredit Financial Services, Inc. dba GM Financial, having come before the Court,

And, the Court having examined said Motion and being duly advised in the premises, now finds sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED:  That the Motion for Relief from Automatic Stay and Abandonment filed by Americredit Financial Services, Inc. dba GM Financial be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED:  That the automatic stay as it relates to the property commonly known as 2007 KIA SPECTRA - VIN KNAFE121775430805 is vacated.

IT IS FURTHER ORDERED the requirements of Bankruptcy Rule 4001(a)(3) are waived, therefore allowing this Order to be effective upon this Honorable Court's signature.

DATED:  June 2, 2015                                   /s/ Robert E. Grant
                                                                   Robert E. Grant
                                                                   United States Bankruptcy Court

D. Anthony Sottile (27696-49)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone:  513.444.4100
bankruptcy@sottileandbarile.com


DISTRIBUTION:

Hazel M Lawson
3718 South Harrison Street
Fort Wayne, IN 46807

Jeffrey S. Arnold
209 West Van Buren St.
Columbia City, IN 46725
adamg@jeffarnoldlaw.com
Debtor's Counsel

Debra L. Miller
P.O. Box 11550
South Bend, IN 46634
dmecf@trustee13.com
Chapter 13 Trustee

Nancy J. Gargula
One Michiana Square Building Suite 555 100 East Wayne Street
South Bend, IN 46601
USTPRegion10.SO.ECF@usdoj.gov
Office of the US Trustee