UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
HAZEL MURDOCK LAWSON                                CASE NUMBER: 12-12626
Debtor                                              CHAPTER 13

_____

MODIFICATION OF PLAN AFTER CONFIRMATION
PURSUANT TO 11 USC§ 1329(a)

_____

The Plan confirmed on November 13, 2012, is hereby modified as follows:

1. Pursuant to 11 U. S. C. §1329 (a), the Trustee can move for modification to increase the amount of payments of a particular class provided for by the Plan.

2. The Debtors' current Plan payment is $705.00 per month.  The case is underfunded.

3. To properly fund the Plan as confirmed, the Plan payment must be increased to $1,027.28 for the remaining term of the Plan.

4. Trustee's modification would increase the Debtors' Plan payment to $1,027.28 effective February 2017 for the remaining Plan term to properly fund the Plan.

5. All other terms and conditions of the confirmed Plan remain the same.

Dated:    January 11, 2017                    Respectfully Submitted,

                                              /s/ Debra L. Miller, Trustee
                                              Debra L. Miller, Chapter 13 Trustee
                                              PO Box 11550
                                              South Bend, IN  46634
                                              (574) 251-1493