UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

HAZEL MURDOCK LAWSON                                    CASE NUMBER: 12-12626

Debtor                                                                    CHAPTER 13

_____

MOTION FOR MODIFICATION OF PLAN
AFTER CONFIRMATION PURSUANT TO 11 U.S.C. §1329(a)

_____

COMES NOW Debra L. Miller, Standing Chapter 13 Trustee herein, and moves the Court for an order modifying the Debtor's Chapter 13 Plan, post confirmation, and in support thereof, states as follows:

1. Pursuant to 11 U.S.C. §1329(a), the Trustee can move for modification to increase the amount of payments of a particular class provided for by the plan.

2. The Debtor's Plan was confirmed on November 13, 2012.

3. The Debtor's Plan term is 60 months with 8 months remaining and a current Plan payment of $705.00 per month.

4. The case is underfunded due to a mortgage payment increase, from $280.66 to $477.39, effective with the December 2016 payment.

5. Debtor's attorney has been contacted regarding the underfunding issue.

6. To properly fund the Plan, the Debtors' Plan payment must increase to $1,027.28 per month, effective with the February 2017 payment, for the remaining Plan term to pay the remaining claims.  There is $2,159.13 in attorney fees, $2,862.18 in pre-petition mortgage arrears and $184.00 in unsecured claims remaining to be paid.

7. All other terms and conditions of the confirmed plan shall remain in effect.

WHEREFORE, Trustee respectfully requests that the Court modify the Debtors' Plan to increase the plan payment to $1,027.28 for the remainder of the Plan term to properly fund the Plan and to meet the requirements of 11 U.S.C. §1325(b)(1)(B).

Dated:    January 11, 2017

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN  46634
(574) 251-1493

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on    January 11, 2017 to all creditors listed on the attached matrix hereto by US First Class Mail.

/s/ Debra L. Miller
Debra L. Miller

Easy Peel® Labels
Use Avery® Template 5160®
Feed Paper ▲ Bend along line to
Expose Pop-up Edge™
AVERY® 85560™

Label Matrix for local noticing
0755-1
Case 12-12626-reg
Northern District of Indiana
Fort Wayne Division
Fri Jan  6 08:56:14 EST 2017

AARP Medicare Rx Preferred
PO Box 5840
Carol Stream, IL 60197-5840

AFNI
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427

Afni, Inc
1310 MLK Drive
PO Box 3517
Bloomington, IL 61702-3517

Allen County Treasurer
1 East Main Street Suite 104
Fort Wayne IN 46802-1888

Amc Mortgage Services
Po Box 11000
Santa Ana, CA 92711-1000

(p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

American Home Mtg Srv
Ahmsi
1525 S. Beltline Rd
Coppell, TX 75019-4913

Anthony Medical Associates
5717 South Anthony Boulevard
Fort Wayne, IN 46806-3386

Jeffrey S. Arnold (CC)
Jeffrey S. Arnold, Attorney at Law
209 W. Van Buren Street
Columbia City, IN 46725-2037

Jeffrey S. Arnold (SP)
Jeffrey S. Arnold, Attorney at Law, PC
209 W. Van Buren Street
Columbia City, IN 46725-2037

Jeffrey S. Arnold (TP)
Jeffrey S. Arnold, Attorney at Law
209 W. Van Buren Street
Columbia City, IN 46725-2037

Arronrnts
2800 Canton Rd Suite 900
Marietta, GA 30066-5477

CBCS
PO Box 69
Columbus, OH 43216

Capital One
P.O. Box 650010
Dallas, TX 75265-0010

Check Into Cash
PO Box 550
Cleveland, TN 37364-0550

(c)CHECK SMART
6785 BOBCAT WAY STE 300
DUBLIN OH  43016-1443

Cnac - In106
7509 E Us Highway
Avon, IN 46168

Comcast
C/O CMI Collections
P.O. Box 118288
Carrollton, TX 75011-8288

Consumer Portfolio Svc
Attn: Bankruptcy
16355 Laguna Canyon Rd
Irvine, CA 92618-3801

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Dish Network
Dept. 0063
Palatine, IL 60055-0063

Enhanced Recovery Company, LLC
8014 Bayberry Rd
Jacksonville, FL 32256-7412

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

GM Financial
PO Box 183834
Arlington, TX 76096-3834

IRS Insolvency Group
575 North Pennsylvania Street
STOP SB380
Indianapolis, IN 46204

Harris & Harris, Ltd
222 Merchandise Mart Plaza, Ste 1900
Chicago, IL 60654-1421

(p)WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

Homeward Residential, Inc.
Bankruptcy Department
1525 S. Beltline Road, Suite 100 North
Coppell, TX 75019-4913

Indiana Department of Revenue
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis IN 46204-2253

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de chargement
Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204-2201

JP Morgan Chase
PO Box 260161
Baton Rouge, LA 70826-0161

Hazel M Lawson
3718 South Harrison Street
Fort Wayne, IN 46807-2028

Leading Edge Recovery Solutions, LLC
PO Box 129
Linden, MI 48451-0129

Debra L. Miller
P.O. Box 11550
South Bend, IN 46634-0550

Moss Codilis LLP
6560 Greenwood Plaza Blvd
Suite 100
Englewood, CO 80111-4990

Neighborhood Dental Clinic
PO box 11949
Fort Wayne, IN 46862-1949

Neighborhood Health Clinic Inc.
PO Box 11949
Fort Wayne, IN 46862-1949

Nipsco
801 East 86th Street
Merrillville, IN 46410-6272

Ocwen Loan Servicing LLC
1661 Worthington, Rd. Ste. 100
West Palm Beach, FL 33409-6493

Ocwen Loan Servicing, LLC
Attn: Bankruptcy
1661 Worthington Rd., Ste. 100
West Palm Beach, FL 33409-6493

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

Parkview Hospital
PO BOX 9358
Des Moines, IA 50306-9358

Penn Credit
916 S. 14th St.
PO Box 988
Harrisburg, PA 17108-0988

Pioneer Credit Recovery Inc.
PO Box 228
Arcade, NY 14009-0228

Pioneer Credit Recovery, Inc
PO Box 189
Arcade, NY 14009-0189

(p)PROFESSIONAL EMERGENCY PHYSICIANS INC
3640 NEW VISION DR
SUITE A
FORT WAYNE IN 46845-1717

Professional Recovery
7319 W. Jefferson Blvd.
Fort Wayne, IN 46804-6237

Professional Recovery
Attn: Bankruptcy
7319 W Jefferson Blvd
Fort Wayne, IN 46804-6237

Seawest Fin
8303 Alondra Blvd
Paramount, CA 90723-4403

D. Anthony Sottile
Sottile & Barile
P.O. Box 476
Loveland, OH 45140-0476

Randall Brian Stiles
Stiles Law Office
6058 E. State Blvd.
Fort Wayne, IN 46815-7639

Summit Medical Associates
PO Box 11743
Fort Wayne, IN 46860-1743

(p)TRS RECOVERY SERVICES INC
PO BOX 4451
HOUSTON TX 77210-4451

TransAmerica Life Insurance Co
Payment Processing Center
Department 35
Denver, CO 80281-4302

Wal Mart
PO Box 103042
Roswell, GA 30076-9042

Sarah E. Willms
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de chargement

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

AmeriCredit
PO Box 183853
Arlington, TX 76096-3852

(d)AmeriCredit
Po Box 78143
Phoenix, AZ 85062-8143

(d)AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096


(d)AmeriCredit Financial Services, Inc.
dba GM Financial
PO Box 183853
Arlington, Texas  76096

Homeq
Attn: Bankruptcy Department
1100 Corporate Center
Raleigh, NC 27607

Professional Emergency Physician
PO Box 12949
Fort Wayne, IN 46866


Telecheck Recovery Services
PO Box 17450
Denver, CO 80217


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Check Smart
7001 Post Road
Suite 300
Dublin, OH 43016


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Cnac/in106
7509 E Us Highway
Avon, IN 46168

(u)Deutsche Bank National Trust Company

(u)Roy F. Kiplinger


End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

HAZEL MURDOCK LAWSON                                CASE NUMBER: 12-12626

Debtor                                                               CHAPTER 13

_____

MODIFICATION OF PLAN AFTER CONFIRMATION
PURSUANT TO 11 USC§ 1329(a)

_____

The Plan confirmed on November 13, 2012, is hereby modified as follows:

1.  Pursuant to 11 U. S. C. §1329 (a), the Trustee can move for modification to increase the amount of payments of a particular class provided for by the Plan.

2.  The Debtors' current Plan payment is $705.00 per month.  The case is underfunded.

3.  To properly fund the Plan as confirmed, the Plan payment must be increased to $1,027.28 for the remaining term of the Plan.

4.  Trustee's modification would increase the Debtors' Plan payment to $1,027.28 effective February 2017 for the remaining Plan term to properly fund the Plan.

5.  All other terms and conditions of the confirmed Plan remain the same.

Dated:      January 11, 2017                          Respectfully Submitted,

                                                                 /s/ Debra L. Miller, Trustee
                                                                 Debra L. Miller, Chapter 13 Trustee
                                                                 PO Box 11550
                                                                 South Bend, IN  46634
                                                                 (574) 251-1493