United States Bankruptcy Court
Northern District of Indiana
Fort Wayne Division

In re:

HAZEL LAWSON                                    Case No.: 12-12626

   Debtor                                       Chapter 13

## Post Confirmation Modification to Chapter 13 Plan

Comes now the Debtor, and for her Post Confirmation Chapter 13 Plan Modification, and states as follows:

1. Debtor shall surrender the residence located at 3718 South Harrison Street Fort Wayne, IN 46807, to secured creditor Ocwen Mortgage, in full satisfaction of the debt secured thereby. Upon approval of the modification herein, the Stay with respect to this property shall terminate and creditor may retake to liquidate the collateral. No further distribution shall be made to this creditor upon approval and any liability debtor may have on this debt shall be discharged upon entry of the Order of Discharge in this case.

2. Debtors' monthly Plan payment shall also be reduced to $250.00, beginning with the March 2017, Plan payment and continuing each month thereafter.

3. Debtor's Plan payments shall be deemed current through and including the February, 2017, Plan payment.

4. Any terms of the Plan as presently Confirmed not modified by this pleading shall remain in full force and effect.

Dated this 6th day of March, 2017.

. /s/ Jeffrey S. Arnold     .
Jeffrey S. Arnold, #19743-02
209 W Van Buren St
Columbia City  IN  46725
260-248-2169
*Attorney for the Debtor*