UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   12-12626 |
| | ) | CHAPTER   13 |
| **HAZEL M. LAWSON** | ) | |
| | ) | |
| Debtor(s) | ) | |

### VERIFIED MOTION FOR ENTRY OF DISCHARGE

COMES NOW the Debtor, **HAZEL M. LAWSON** and after being duly sworn upon her oath, depose and states as follows:

1. Debtor has made all payments to the Trustee required under the confirmed Chapter 13 Plan in this case. The Notice of Plan Completion was filed on or about January 12, 2018.

2. Debtor is not required by any judicial or administrative order, or any statute, to pay a domestic support obligation.

3. Debtor has not received a prior discharge under Chapter 7, 11 or 12 of the United States Bankruptcy Code during the four years prior to the date of the order of relief under this pending Chapter 13 case.

4. Debtor has not received a prior discharge under Chapter 13 of the United States Bankruptcy Code during the two years prior to the date of order of relief under this pending Chapter 13 case.

5. Debtor has completed the course concerning personal financial and a copy of the certificate of completion was filed with this court on October 11, 2012.

6. There is no proceeding pending in which the Debtor might be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A), or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B), and there is no reason to believe that 11 U.S.C. §522(q)(1) might apply to the debtor.

WHEREFORE, Debtor moves that the Court grant a discharge after notice and opportunity pursuant to Local Rule 2002-2.

I swear or affirm under the pains and penalties for perjury that the above and foregoing statements and representations are true and accurate.

*/s/ Hazel M. Lawson*
**HAZEL M. LAWSON**, Debtor

STATE OF INDIANA   )
                   ) SS:
COUNTY OF ALLEN    )

Before me, the undersigned, a Notary Public in and for said County and State, this 15th day of January, 2018 personally appeared **HAZEL M. LAWSON** being over the age of eighteen (18) years, and acknowledged the execution of the foregoing document to be her voluntary act.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

*/s/ Brittany Thompson*
Brittany Thompson, Notary Public
Resident of Allen County, IN

My commission expires:
April 19, 2024

BRITTANY ANNE THOMPSON
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Apr 19, 2024

*/s/ Jeffrey S. Arnold*
Jeffrey S. Arnold #19743-02
209 West Van Buren Street
Columbia City, Indiana  46701
(260) 248-2169
Attorney for Debtors