UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In re:  HAZEL MURDOCK LAWSON            §        Case No. 12-12626
                                        §
                                        §
         Debtor(s)                      §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Debra L. Miller, Trustee, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on  08/08/2012.

2) The plan was confirmed on  11/13/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 06/26/2014, 06/24/2015, 02/22/2017, 04/10/2017.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  11/07/2014, 05/09/2016.

5) The case was completed on  01/08/2018.

6) Number of months from filing or conversion to last payment:  65.

7) Number of months case was pending:  67.

8) Total value of assets abandoned by court order:  $57,600.00.

9) Total value of assets exempted:  $1,200.00.

10) Amount of unsecured claims discharged without full payment:  $16,642.74.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 29,981.36 | |
| Less amount refunded to debtor(s) | $ 101.98 | |
| **NET RECEIPTS** | | $ 29,879.38 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 6,483.67 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,490.37 | |
| Other | $ 117.50 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 8,091.54 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| RANDALL BRIAN STILES | Lgl | 0.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| STANDING CHAPTER 13 TRUSTEE | Adm | 0.00 | 117.50 | 117.50 | 117.50 | 0.00 |
| OCWEN LOAN SERVICING LLC | Con | 45,000.00 | 77,699.57 | 77,699.57 | 15,745.83 | 0.00 |
| AMERICREDIT FINANCIAL | Sec | 7,956.00 | 5,600.00 | 5,600.00 | 2,800.38 | 517.02 |
| AMERICREDIT FINANCIAL | Uns | 0.00 | 2,294.74 | 2,294.74 | 0.00 | 0.00 |
| AARP MEDICARE RX PREFERRED | Uns | 345.00 | NA | NA | 0.00 | 0.00 |
| AARP MEDICARE RX PREFERRED | Uns | 276.00 | NA | NA | 0.00 | 0.00 |
| AARP MEDICARE RX PREFERRED | Uns | 311.00 | NA | NA | 0.00 | 0.00 |
| AARP MEDICARE RX PREFERRED | Uns | 414.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 386.00 | NA | NA | 0.00 | 0.00 |
| AMC MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT | Uns | 7,750.00 | NA | NA | 0.00 | 0.00 |
| ANTHONY MEDICAL ASSOC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AARON RENTALS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 294.00 | NA | NA | 0.00 | 0.00 |
| CHECKSMART | Uns | 76.00 | NA | NA | 0.00 | 0.00 |
| CNAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---|---|---:|---:|
| CNAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CNAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 113.00 | NA | NA | 0.00 | 0.00 |
| CPS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 386.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| HOMEQ | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY | Uns | 299.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD DENTAL CLINIC | Uns | 169.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD DENTAL CLINIC | Uns | 41.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD DENTAL CLINIC | Uns | 229.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD DENTAL CLINIC | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD DENTAL CLINIC | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD DENTAL CLINIC | Uns | 235.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD DENTAL CLINIC | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD HEALTH CLINIC, | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD HEALTH CLINIC, | Uns | 146.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD HEALTH CLINIC, | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD HEALTH CLINIC, | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD HEALTH CLINIC, | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| NIPSCO | Uns | 27.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW HOSPITAL | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORPORATION | Uns | 271.00 | NA | NA | 0.00 | 0.00 |
| PIONEER CREDIT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PIONEER CREDIT RECOVERY | Uns | 721.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 545.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| SEAWEST FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT MEDICAL ASSOCIATES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TELECHECK RECOVERY SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRANSAMERICA LIFE INSURANCE | Uns | 87.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 135.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEN COUNTY TREASURER | Sec | 0.00 | 257.89 | 257.89 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 0.00 | 3,503.18 | 3,503.18 | 1,529.06 | 0.00 |
| CHECK INTO CASH, INC | Uns | 0.00 | 184.00 | 184.00 | 184.00 | 0.00 |
| JEFFREY S ARNOLD | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFREY S ARNOLD | Lgl | 0.00 | 420.63 | 420.63 | 420.63 | 0.00 |
| AMERICREDIT FINANCIAL | Uns | 0.00 | 1,011.55 | 1,011.55 | 1,011.55 | 0.00 |
| JEFFREY S ARNOLD | Lgl | 0.00 | 2,063.04 | 2,063.04 | 2,063.04 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | | | |
|---|---|---|---|
| | Claim Allowed | Principal Paid | Interest Paid |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 77,699.57 | $ 15,745.83 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 5,600.00 | $ 2,800.38 | $ 517.02 |
| All Other Secured | $ 3,761.07 | $ 1,529.06 | $ 0.00 |
| **TOTAL SECURED:** | $ 87,060.64 | $ 20,075.27 | $ 517.02 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 3,490.29 | $ 1,195.55 | $ 0.00 |

| Disbursements: | |
|---|---|
| Expenses of Administration | $ 8,091.54 |
| Disbursements to Creditors | $ 21,787.84 |
| **TOTAL DISBURSEMENTS:** | $ 29,879.38 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  03/08/2018                    By:  /s/ Debra L. Miller
                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)